**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MARCELLUS JONES,                         )
                                         )
        Plaintiff,                       )          Civil Action No. 19-397
                                         )          District Judge Robert J. Colville
        v.                               )          Magistrate Judge Maureen P. Kelly
                                         )
ROBERT GILLMORE; ZAKEN;                  )
DIALESANDRO; SOKOL; TRACEY               )
SHAWLEY; LEGGETT; CARO; WILLIAM          )
NICHOLSON; DENISE SMITH; JAMES           )
BRESHAHN; LORI RIDINGS; KELLIE           )
GETTY; TATE; JOHNSON; RAMIREZ;           )
ADAMSON; HECHECAVARA *in their*          )
*individual capacities*,                 )
                                         )
        Defendants.                      )
                                         )
                                         )

## HEARING MEMO

HEARING HELD: Judicial Mediation Conference
DATE HEARING HELD: April 25, 2022
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                 Appearing for Defendants:
Marcellus Jones, *Pro Se*                Sarah J. Simkin, Esq.
                                         Annamarie Truckley, Esq.
                                         Chase DeFelice, Esq.
                                         Samuel H. Foreman, Esq.

Hearing began at 2:00 p.m.               Hearing concluded at 4:25 p.m.

Stenographer: None

OUTCOME:

1.      Claims representative Sandra Robinson also attended for the medical defendants.

2.      Judicial mediation conducted. Case not resolved.  Judge Kelly will continue separate phone calls with the parties to try to resolve.

3.      Case will be referred back to Judge Colville to schedule the trial of the remaining claims.